UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABD AL HAKIM GHALIB AHMED ALHAG, | ) ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 05-2199 (RCL) |
| v. | ) ) ) | |
| BARACK OBAMA, *et al.,* | ) ) | **FILED** |
| Respondents. | ) ) ) | FEB 2 7 2012 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## SCHEDULING ORDER

This matter comes before the Court following a status conference held February 22, 2012. It is hereby

**ORDERED** that a merits hearing on the petitioner's habeas petition be scheduled for October 22, 2012; and it is further

**ORDERED** that the following schedule apply:

| | |
|---|---|
| Deadline for Government's Additional Evidence: | May 30, 2012 |
| Deadline for Government's Updated Disclosure of Exculpatory Evidence: | May 30, 2012 |
| Petitioner's Designation of Expert Witnesses: | May 30, 2012 |
| Petitioner's Expert Witness Statement: | June 30, 2012 |
| Government's Expert Witness Designation/Statement: | Aug. 15, 2012 |
| Deadline for Updated Briefs, Including Proposed Findings of Fact and Conclusions of Law: | Aug. 22, 2012 |
| Deadline for Petitioner's Decision Whether to Testify: | Aug. 27, 2012 |

It is further **ORDERED** that the Federal Rules of Civil Procedure and the global Case Management Order govern the pre-trial and trial proceedings; and it is further

**ORDERED** that the government arrange for a video link that will permit the petitioner to view the proceedings remotely, and to testify if he so decides; and it is further

**ORDERED** that no depositions of expert witnesses be taken without leave of court.


**SO ORDERED** this _____ day of February 2012.


ROYCE C. LAMBERTH
Chief Judge
United States District Court